Motion Granted; Appeal Dismissed and Memorandum
Opinion filed June 3, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01044-CV

____________

 

TEX HOMES, L.L.C., RIAD CHEHLAOUI, AND M.H. GALYON, Appellants

 

V.

 

AMINE JOHN COUDSI, Appellee

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-75825

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 26, 2009.  On May 21, 2010, the parties
filed an agreed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan, and
Christopher.